**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Quincy WARREN Defendant— Appellant.**

**No. 03–3906.**

United States Court of Appeals, Sixth Circuit.

July 7, 2004.

Anthony Springer, U.S. Attorney's Office, Cincinnati, OH, for Plaintiff–Appellee.

W. Kelly Johnson, Asst. F.P. Defender, Office of the Federal Public Defender, Cincinnati, OH, Madison T. Sewell, Office of the Federal Public Defender, Dayton, OH, for Defendant–Appellant.

Before SILER and ROGERS, Circuit Judges; and CALDWELL, District Judge.*

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, AFFIRMED for reasons as stated from the bench.

* The Honorable Karen K. Caldwell, United States District Court for the Eastern District of Kentucky, sitting by designation.